■ LOUISE B. SCHWEIGARD, as Executrix of ARTHUR J. SCHWEIGARD, Deceased, et al., Respondents, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., Appellants.— Order, entered on December 16, 1964, granting plaintiffs' motion to take and perpetuate the testimony of a witness, unanimously reversed, on the law and on the facts, with $30 costs and disbursements to defendants-appellants, and the motion denied. This action was commenced in June, 1962. In October, 1963 a note of issue and a statement of readiness were filed and a general preference granted. On November 16, 1964 plaintiffs moved for leave to take the testimony of an expert witness. The affidavit

in support of the motion offers no explanation for plaintiffs' failure to take the deposition of the witness before filing a statement of readiness. (*Woznicki* v. *Lynn Terrace Apts.*, 22 A D 2d 883; *McGee* v. *Adams Paper & Twine Co.*, 22 A D 2d 642; *Plantier* v. *Gould*, 12 A D 2d 90; *Price* v. *Brody*, 7 A D 2d 204.) Moreover, no special circumstances are indicated warranting the taking of the deposition of the expert before trial. (CPLR 3101, subd. [a], par. [4].) Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.